Case: 1:25-mj-00036
Assigned To : Judge G. Michael Harvey
Assign. Date : 03/11/2025
Description: RULE 5 ARREST WARRANT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

Received FEB 27 2025 USMS W/TX  El Paso

United States of America
v.
Luddis Norelia SANCHEZ-Garcia

Case No. **EP:25-M-00788-ATB**

A true copy of the original, I certify.
Clerk, U.S. District Court
By _PC_

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Luddis Norelia SANCHEZ-Garcia

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorpotaed by reference as Attachment A.

Date:  02/27/2025

*Issuing officer's signature*

City and state:  EL PASO, TEXAS

**U.S. Magistrate Judge Anne T. Bertor**
*Printed name and title*

### Return

This warrant was received on *(date)* 02/27/25, and the person was arrested on *(date)* 3/10/25
at *(city and state)* Washington, DC

Date: 3/11/25

*Arresting officer's signature*

A# Koontz Border Patrol Agent
*Printed name and title*

Warrant sworn to telephonically on
February 27, 2025 at 01:47 PM and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)