Case 1:25-mj-00036-GMH   Document 1-1   Filed 03/11/25   Page 1 of 2

FILED
February 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PC_____
              DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Luddis Norelia SANCHEZ-Garcia | CRIMINAL COMPLAINT<br><br>Case Number: **EP:25-M-00788-ATB** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **10/13/2022** in **El Paso** County, in the **Western District Of Texas** defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The DEFENDANT, Luddis Norelia SANCHEZ-Garcia, an alien to the United States and a citizen of Mexico, entered the United States from the Republic of Mexico by wading the Rio Grande River on October 13, 2022, approximately 1.22 miles west of the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas. The place where the DEFENDANT entered is not designated as a Port of Entry by immigration officers.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Roberto Ceniceros_
Signature of Complainant

**Complaint sworn to telephonically on**
February 27, 2025 **at** 01:47 PM **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

Roberto Ceniceros
Printed Name of Complainant

02/27/2025
Date

at   El Paso, TX
City/State

Anne T. Berton    U.S. Magistrate Judge
Name & Title of Judicial Officer

_signature_
Signature of Judicial Officer

The DEFENDANT, Luddis Norelia SANCHEZ-Garcia, an alien to the United States and a citizen of Venezuela, illegally entered the United States from the Republic of Mexico on October 13, 2022 approximately 1.22 miles west of the Paso de Norte Port of Entry. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that the subject was an alien who illegally entered the United States, the subject was arrested and transported to the El Paso Central Processing Center for further processing using the E3/IDENT and IAFIS Systems.

Based on the aforementioned facts, the affiant believes the SANCHEZ-Garcia, committed the offense of 8 USC 1325.