UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-MJ-00036-GMH |
| LUDDIS NORELIA SANCHEZ-GARCIA | : | |

### NOTICE REGARDING DEFENDANT'S STATUS

Ms. Luddis Norelia Sanchez-Garcia, through undersigned counsel, files this notice to inform the court of her current status in immigration detention. On March 12, 2025, this court ordered Ms. Sanchez-Garcia released on conditions, which included the requirement that she report to the United States District Court of the Western District of Texas, El Paso Division within 30 days of release. In addition, this court ordered that the parties file a join status report within the same time period.

On the morning of March 13, 2025, Ms. Sanchez-Garcia was transported from the D.C. Department of Corrections to Immigration and Customs Enforcement custody. That same afternoon, she was released.

Counsel for Ms. Sanchez-Garcia has now been informed that on Friday, March 21, 2025, she was again arrested in front of her children by agents wearing Drug Enforcement Administration vests. In the eight days between her release on March 13, 2025 and her re-arrest by DEA agents, Ms. Sanchez-Garcia—with the help of an investigator from the Federal Public Defender's Office—had twice made contact with her assigned pretrial services officer, in compliance with this court's conditions of release. Undersigned counsel has informed the pretrial services officer assigned to Ms. Sanchez-Garcia's case of her present status.

Ms. Sanchez-Garica now respectfully requests this court not issue an arrest warrant related to her noncompliance with this court's conditions of release because of her current status in ICE

1

2

custody. A habeas petition was filed on Ms. Sanchez-Garcia's behalf, but the Administration has not provided any information as to why she is being held or if she might be released. If and when Ms. Sanchez-Garica is released, she will continue to comply this court's orders.

          Respectfully submitted,

          A. J. KRAMER
          FEDERAL PUBLIC DEFENDER

          /s/
          TEZIRA ABE
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C. 20004
          (202) 208-7500