# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 25-MJ-00036-GMH |
| | : | |
| v. | : | |
| | : | |
| **LUDDIS NORELIA SANCHEZ-GARCIA,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On March 11 and 12, 2025, the defendant appeared before Magistrate Judge Harvey in a Rule 5 removal proceeding. She was released and ordered to appear in the demanding jurisdiction, the Western District of Texas, within 30 days.

2. The Pretrial Services Agency for the District of Columbia has informed the government that defendant appeared in Texas as ordered. Accordingly, the government moves the Court to dismiss this case.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: */s/ Megan E. McFadden*
Megan E. McFadden
Assistant United States Attorney
M.A. Bar Number 687959
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: 202-252-7052

Email: megan.mcfadden@usdoj.gov